PIONEER NATIONAL TITLE INSURANCE COMPANY, PLAIN-
TIFF-RESPONDENT, v. PHYLLIS LUCAS AND LAW-
RENCE E. GOLDSCHMIDT, DEFENDANTS-APPELLANTS.

Argued October 31, 1978—Decided November 14, 1978.

*Mr. James J. Higgins* argued the cause for appellant Lucas (*Messrs. Porzio and Bromberg,* attorneys).

*Mr. Charles W. Hutchinson* argued the cause for appellant Goldschmidt (*Messrs. Lamb, Hutchinson, Chappell, Ryan & Hartung*).

*Mr. Richard E. Brennan* argued the cause for respondent (*Messrs. Shanley & Fisher,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.